**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1706**

MARCIALENA TREMBLE BROWN,

Plaintiff - Appellant,

v.

CENTERRA-SAVANNAH RIVER SITE; JERRY STEVENSON; RAYMOND SMITH,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Sherri A. Lydon, District Judge. (1:19-cv-02047-SAL)

Submitted: January 26, 2021                    Decided: February 2, 2021

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marcialena Tremble Brown, Appellant Pro Se. Christopher Wofford Johnson, GIGNILLIAT, SAVITZ & BETTIS, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcialena Tremble Brown appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Centerra-Savannah River Site*, No. 1:19-cv-02047-SAL (D.S.C. May 29, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*